JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY METOYER, an individual, and NICOLE METOYER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX FREIGHT, INC., a Delaware corporation; DOES 1-50,<br><br>Defendants. | Case No. 5:22-cv-01745-SP<br><br>Assigned for all purposes to the Magistrate Judge Sheri Pym<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: October 5, 2022<br>Trial Date: November 6, 2023 |

Pursuant to the stipulation of Plaintiffs Larry Metoyer and Nicole Metoyer ("Plaintiffs") and Defendant FedEx Freight Inc. ("Defendant"), **IT IS HEREBY ORDERED THAT**:

The Stipulation of the parties is approved. This action is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 5, 2023          By: _____
                                   Honorable Sheri Pym
                                   United States Magistrate Judge